IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DELTA GROW SEED COMPANY INC.                                              PLAINTIFF

v.                                    No. 4:07CV00186 JMM

SIKESTON SEED COMPANY INC.
AND JIM GOOCH                                                              DEFENDANTS

## JUDGMENT

In accordance with the separate order filed this date, this case is hereby dismissed for lack of personal jurisdiction over the defendants. This dismissal is without prejudice for the refiling of suit in an appropriate jurisdiction.

DATED this 30th day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE